JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>John Does I-II,<br><br>  Defendants. | Case No. 3:06-cv-00122-RRB<br><br>**ENTRY OF APPEARANCE** |

 Without waiving objection to, <u>inter alia</u>, service, venue, or jurisdiction, Rebecca S. Cohen, Assistant U.S. Attorney, hereby enters her appearance as an attorney of record for the United States in the above-entitled matter and requests that copies of all pleadings filed be directed to her.  This Entry of Appearance is made in accordance with Ms. Cohen's appointment as Special Attorney and her authorization to conduct legal proceedings in the District of Alaska.  *See* Ex. A.

Respectfully requested this 19th day of July, 2006, in Seattle, Washington.

JOHN McKAY
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
WSBA #31767

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2006, a copy of the foregoing ENTRY OF APPEARANCE was served electronically on Keenan Powell

/s/ Jing Y Xu

Akers v. United States, et al.
Case No. 3:06-cv-00122-RRB                    2