JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA;<br>John Does I-II,<br><br>　　　　Defendants. | Case No. 3:06-cv-00122-RRB<br><br>**UNITED STATES' ANSWER TO PLAINTIFF'S COMPLAINT** |

　　COMES NOW, the United States of America ("Defendant"), by and through its attorney, John McKay, United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant United States Attorney for said District, and hereby answers Plaintiff's Complaint as follows:

## COMPLAINT

1. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies them.

2. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies them.

3. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies them.

## FACTS

4. Defendant lacks sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies them.

5. Defendant admits the allegations in Paragraph 5.

## FIRST CAUSE OF ACTION

6. Answering paragraph 6, Defendant incorporates herein the answers provided above in response to Paragraphs 1-5.

7. Defendant denies the allegations in Paragraph 7.

8. Defendant denies the allegations in Paragraph 8.

9. Paragraph 9 contains a prayer for relief to which no response is required. To the extent that any response may be required, Paragraph 9 is denied.

## SECOND CAUSE OF ACTION

10. Answering paragraph 10, Defendant incorporates herein the answers provided above in response to Paragraphs 1-9.

11. Defendant denies the allegations in Paragraph 11.

12. Defendant denies the allegations in Paragraph 12.

13. Paragraph 13 contains a prayer for relief to which no response is required. To the extent that any response may be required, Paragraph 13 is denied.

**PRAYER FOR RELIEF**

To the extent Plaintiff's Prayer for Relief requires an answer, Defendant denies that Plaintiff is entitled to any of the relief she seeks.

All allegations contained in Plaintiff's Complaint not specifically admitted above are hereby denied.

**AFFIRMATIVE AND OTHER DEFENSES**

1. The Complaint fails to state a claim against the United States upon which relief can be granted.

2. The injuries and/or damages to Plaintiff, as alleged in the Complaint, were not proximately caused by a negligent or wrongful act of an employee of the United States of America acting within the scope of his or her employment.

3. In the event that Defendant is found negligent, which negligence Defendant denies, such negligence is not the cause in fact or proximate cause of the alleged damages suffered by Plaintiff.

4. Defendant violated no actionable duty owed to Plaintiff.

5. Plaintiff's recovery, if any, should be restricted to damages allowable by Alaska statutory and/or common law.

6. Plaintiff is barred from bringing any claim for which she did not timely comply with applicable regulations and statutes of limitation.

7. Under the Federal Tort Claims Act, Plaintiff is not entitled to recover the costs of this suit, prejudgment interest, punitive damages, or attorney's fees.  8. Defendant reserves the right to amend its Answer to state additional affirmative or other defenses as may become known in discovery.

WHEREFORE, having fully answered the Complaint of Plaintiff, the United States prays that Plaintiff's Complaint be dismissed with prejudice, that

Plaintiff takes nothing by her Complaint, and that the United States be allowed costs and such other and further relief as the Court deems just and equitable.

Respectfully submitted this 20th day of July, 2006, in Seattle, Washington.

JOHN McKAY
United States Attorney
Western District of Washington

/s/ Rebecca S. Cohen
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov
WSBA #31767

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006,
a copy of the foregoing ANSWER was served
electronically on Keenan Powell

/s/ Jing Y Xu