JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

Attorney for Defendant United States

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,  )<br>             Plaintiff,  )<br>                            )<br>       vs.  )<br>                            )<br> UNITED STATES OF AMERICA;  )<br> John Does I-II,  )<br>             Defendants.  )<br>                            ) | Case No.  3:06-cv-122-RRB<br><br>SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on August 23, 2006, and was attended by:

      Keenan R. Powell           attorney for plaintiff Ardys Akers

      Rebecca S. Cohen           attorney for defendant United States

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_ have been exchanged by the parties

    _X_ will be exchanged by the parties by September 6, 2006

    Proposed changes to disclosure requirements: None

    Preliminary witness lists

    \_\_\_\_ have been exchanged by the parties

    _X_ will be exchanged by the parties by September 6, 2006

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether the United States negligently maintained the sidewalk that is the subject of this action, and if so, to what damages is plaintiff entitled to recover.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    (1) The maintenance and condition of the sidewalk at issue in this action; and (2) plaintiff's alleged damages.

    B. All discovery commenced in time to be completed by June 29, 2007 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories

            _X_ No change from F.R.Civ.P. 33(a)

            \_\_\_\_ Maximum of \_\_\_\_ by each party to any other party.

        Responses due in ____ days.

    2.    Requests for Admissions.

        _X_ No change from F.R.Civ.P. 36(a).

        ____ Maximum of ____ requests.

        Responses due in ____ days.

    3.    Depositions.

        _X_ No change from F.R.Civ.P. 36(a), (d).

        ____ Maximum of ____ depositions by each party.

        Depositions not to exceed ____ hours unless agreed to by all parties.

D.    Reports from retained experts.

    _X_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    ____ Reports due:

From plaintiff (*insert date*)    From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

    ____ Periodically at 60-day intervals from the entry of scheduling and planning order.

    _X_ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    _X_ 45 days prior to the close of discovery.

    ____ Not later than (*insert date*)

5.    **Pretrial Motions**.

  __X__ No change from D.Ak. LR 16.1(c).

 The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  _____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

  _____ Motions under the discovery rules must be filed not later than (*insert date*).

  _____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

 A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

  _____ The parties request a scheduling conference with the court on the following issue(s): None

 B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

  __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

  _____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

  _____ Mediation _____ Early Neutral Evaluation

 C. The parties _____ do __X__ not consent to trial before a magistrate judge.

 D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

  _____ All parties have complied __X__ Compliance not required by any party

7. **Trial**.

 A. The matter will be ready for trial:

         __X__  45 days after the discovery close date.

         ____  not later than (*insert date*).

B.     This matter is expected to take __1-2__ days to try.

C.     Jury Demanded    Yes __X__    No

       Right to jury trial disputed?    ____ Yes   __X__ No

Dated:      August 23, 2006

                                    KEENAN R. POWELL
                                    Attorney for Plaintiff

                                    /s/ Keenan R. Powell
                                    Keenan R. Powell, ABA 8306057
                                    3700 Jewell Lake Road
                                    Anchorage, Alaska 99502
                                    Phone: (907) 258-7663
                                    Fax: (907) 245-0854
                                    Email: keenan@ptialaska.net


                                    JOHN McKAY
                                    United States Attorney
                                    Western District of Washington

                                    /s/ Rebecca S. Cohen
                                    Rebecca S. Cohen, WSBA #31767
                                    Special Assistant U.S. Attorney
                                    District of Alaska
                                    700 Stewart Street, Suite 5220
                                    Seattle, WA 98101
                                    Phone: (206) 553-6526
                                    Fax: (206) 553-4073
                                    E-mail: rebecca.cohen@usdoj.gov
                                    Attorney for the United States