JOHN McKAY
United States Attorney
Western District of Washington

REBECCA S. COHEN
Special Assistant U.S. Attorney
District of Alaska
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-6526
Fax: (206) 553-4073
E-mail: rebecca.cohen@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA;<br>John Does I-II,<br><br>      Defendants. | Case No. 3:06-cv-00122-RRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  The parties, through undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

Respectfully requested this 9th day of November, 2006.

| | |
|---|---|
| JOHN McKAY<br>United States Attorney<br>Western District of Washington | KEENAN R. POWELL<br>Attorney for Plaintiff |
| /s/ Rebecca S. Cohen<br>Special Assistant U.S. Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Phone: (206) 553-6526<br>Fax: (206) 553-4073<br>E-mail: rebecca.cohen@usdoj.gov<br>Wash. State Bar No. 31767 | /s/ Keenan R. Powell<br>Keenan R. Powell, ABA 8306057<br>3700 Jewell Lake Road<br>Anchorage, Alaska 99502<br>Phone:  (907) 258-7663<br>Fax: (907) 245-0854<br>Email: keenan@ptialaska.net |