IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>John Does I-II,<br><br>                 Defendants. | Case No. 3:06-cv-00122-RRB<br><br><br>**[PROPOSED] ORDER** |

The Court, having considered the parties Stipulation for Dismissal With Prejudice, hereby ORDERS that this action be dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.


DATED this _____ day of _____, 2006.


_____
Judge Ralph R. Beistline
United States District Court Judge