IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARDYS AKERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA;<br>John Does I-II,<br><br>　　　　Defendants. | Case No. 3:06-cv-00122-RRB<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the parties Stipulation for Dismissal With Prejudice, hereby ORDERS that this action be dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

DATED this 9 day of November 2006.

　　　　　　　　　　　　S/ RRB
　　　　　　　　　　　　Judge Ralph R. Beistline
　　　　　　　　　　　　United States District Court Judge